1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   KENNETH R. CALIHAN,                    No.  2:12-cv-2937-MCE-EFB P
12            Plaintiff,
13       v.                                 ORDER
14   MATTHEW CATE, et al.,
15            Defendants.
16
17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20       On August 19, 2013, the magistrate judge filed findings and recommendations herein
21   which were served on plaintiff and which contained notice to plaintiff that any objections to the
22   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed
23   objections to the findings and recommendations.
24       The Court has reviewed the file and finds the findings and recommendations to be
25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
26   ORDERED that:
27       1.  The findings and recommendations filed August 19, 2013 (ECF No. 18), are
28   ADOPTED in full; and

                                         1

1      2.  Claims against defendants Kaplan and Barroga are DISMISSED for failure to state a

2 claim upon which relief may be granted.

3 Dated:  October 8, 2013

4

5                           MORRISON C. ENGLAND, JR., CHIEF JUDGE

6                           UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28